AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| MARTIMIANO SANTIAGO MENDEZ, on behalf of himself, and others similarly situated, | ) ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) ) | Civil Action No.   22 cv 9575 |
| PARKWAY COFFEE SHOP, INC. doing business as THE PARKWAY CAFE, and NICOLAS CUCOLO, and ANDREW CUCOLO, individually, | ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  PARKWAY COFFEE SHOP, INC. doing business as THE PARKWAY CAFE
52 East Parkway
Scarsdale, New York 10583

NICOLAS CUCOLO                            ANDREW CUCOLO
52 East Parkway                                52 East Parkway
Scarsdale, New York 10583               Scarsdale, New York 10583

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cilenti & Cooper, PLLC
60 East 42nd Street - 40th Floor
New York, NY 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: ____11/10/2022____                                       /S/ V. BRAHIMI
                                                                          _Signature of Clerk or Deputy Clerk_