UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIMIANO SANTIAGO MENDEZ, et al.,

                Plaintiff,

-v-

PARKWAY COFFEE SHOP, INC., et al.,

                Defendants.

Case No. 22-CV-9575 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    The Order dated November 17, 2023, is vacated. The Parties are directed to submit their settlement agreement to the Court for approval within thirty days of this Order.

SO ORDERED.

Dated:     November 20, 2023
            White Plains, New York

                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE